# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **WALTER RAY SCOTT,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 5:09-CV-187(HL) |
| v. : | |
| : | |
| **BARBARA COLEMAN,** : | |
| : | |
| Defendant. : | |
| _____ | |

## ORDER

On June 3, 2009, a complaint for damages was electronically filed on behalf of Plaintiff Walter Ray Scott by his attorney, McNeill Stokes. To date, no filing fee has been paid. The complaint cannot be properly processed by the Clerk's office without a filing fee.

The filing fee for this complaint is $350.00. Plaintiff must pay the filing fee no later than July 31, 2009. Failure to comply with this notice may result in dismissal by the Court.

**SO ORDERED**, this the 24th day of July, 2009.

                                              *s/ Hugh Lawson*
                                              **HUGH LAWSON, SENIOR JUDGE**

mbh